GEORGE A. RILEY (S.B. #118304) griley@omm.com
DARIN W. SNYDER (S.B. #136003) dsnyder@omm.com
PAT W. COSTELLO (S.B. #218591) pcostello@omm.com
DAVID S. ALMELING (S.B. #235449) dalmeling@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA  94111-3305
Telephone:    (415) 984-8700
Facsimile:    (415) 984-8701

Attorneys for Defendant
OrthoClear, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC.,<br><br>                    Plaintiff,<br><br>       v.<br><br>ORTHOCLEAR, INC. and<br>ORTHOCLEAR HOLDINGS, INC.,<br><br>                    Defendant. | Case No. CV 05-2948 MMC<br><br>**ORDER GRANTING ORTHOCLEAR, INC.'S ADMINISTRATIVE MOTION TO SEAL PURSUANT TO LOCAL RULE 79-5 CERTAIN DOCUMENTS SUBMITTED IN SUPPORT OF ALIGN'S OPPOSITION TO ORTHOCLEAR HOLDINGS, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT**<br><br>Hearing Date:    January 6, 2006<br>Time:            9:00 a.m.<br>Courtroom:       7<br>Judge:           Hon. Maxine Chesney. |

[PROPOSED] ORDER GRANTING
ORTHOCLEAR'S MOTION TO SEAL

CASE NO. CV 05-2948 MMC

1  OrthoClear, Inc.'s ("OrthoClear") Administrative Motion to Seal Pursuant to
2  Local Rule 79-5 Certain Documents Submitted In Support Of Align's Opposition to
3  OrthoClear Holdings, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction or, in the
4  Alternative, for a More Definite Statement came before the Court for hearing on January
5  6, 2006.  This motion seeks to seal the entirety of Exhibit L to the Declaration of Richard
6  Elder in Support of Align's Opposition to OrthoClear Holdings' Motion to Dismiss for
7  Lack of Personal Jurisdiction or, in the Alternative, for a More Definite Statement, filed
8  on December 16, 2005 ("Exhibit L").

10  Having considered the pleadings and papers on file in this matter, and such other
11  relevant information and evidence that were presented to this Court, and finding good
12  cause,
13  **IT IS HEREBY ORDERED:**
14  Pursuant to Civil Local Rule 79-5, OrthoClear's Administrative Motion for Leave
15  to Seal the entirety of Exhibit L is **GRANTED.**  From the date of this order and going
16  forward, Exhibit L shall be sealed from the public record.
17  The Clerk of the Court shall remove Exhibit L from the public record, and shall
18  file the document under seal.
19  IT IS SO ORDERED.

21  Date: December 28, 2005                                        _____
                                                                   Hon. Maxine M. Chesney
22                                                                 United States District Court Judge

[PROPOSED] ORDER GRANTING                     -1-                      CASE NO. CV 05-2948 MMC
ORTHOCLEAR'S MOTION TO SEAL