1  MARK E. MCKEEN (SB# 130950) markmckeen@paulhastings.com
   THOMAS A. COUNTS (SB# 148051) tomcounts@paulhastings.com
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street
3  Twenty-Fourth Floor
   San Francisco, CA 94105-3441
4  Telephone: (415) 856-7000
   Facsimile: (415) 856-7100
5
   Attorneys for Plaintiff
6  ALIGN TECHNOLOGY, INC.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 | ALIGN TECHNOLOGY, INC.,        | CASE NO. CV-05-2948 (MMC)
13 |             Plaintiff,          | **STIPULATION FOR EXTENSION OF TIME TO COMPLETE MEDIATION**
14 |     vs.                         | AND ORDER THEREON
15 | ORTHOCLEAR, INC. and            | Courtroom:  7
   | ORTHOCLEAR HOLDINGS, INC.,      | Judge:      Hon. Maxine M. Chesney
16 |
17 |             Defendants.

1    Plaintiff Align Technology, Inc. ("Align") and Defendant OrthoClear, Inc.
2    ("Orthoclear"), through their respective counsel, in support of this Stipulation, state:

4    WHEREAS, on November 3, 2005, the Court notified the parties and counsel that
5    the case has been assigned to William N. Hebert of Kirkpatrick & Lockhart Nicolson Graham for
6    mediation; and

8    WHEREAS, ADR Rule 3-6 provides that the ADR session must be held within 90
9    days after the entry of an order referring the case to a specific ADR process; and

11   WHEREAS, the mediation cut-off deadline, therefore, is February 3, 2006, and the
12   parties, together with the Mediator, have scheduled the mediation session for January 24, 2006;
13   and

15   WHEREAS, pending before the Court is OrthoClear's Motion to Stay this action,
16   the hearing for which is set for January 27, 2006; and

18   WHEREAS, both Align and OrthoClear agree that mediation would be more
19   appropriate after the Court has an opportunity to rule on OrthoClear's Motion to Stay the present
20   action; and

22   WHEREAS, the Mediator is also aware of the parties' interests in postponing the
23   mediation session and is amenable to the postponement.

CASE NO. CV 05-2948 MMC (JL)

PLAINTIFF'S NOTICE OF MOTION AND
MOTION FOR EXTENSION OF TIME TO
CONDUCT MEDIATION

1        NOW, THEREFORE, it is hereby stipulated by and between Align and OrthoClear

2 that:

3        1.    The parties shall have an additional 60 days, until April 3, 2006, to

4 complete the mediation in this matter.

8 DATED: January 20, 2006     O'MELVENY & MEYERS LLP

10 By: _____
                                     Pat W. Costello

12 Attorneys for Defendants
ORTHOCLEAR, INC.
ORTHOCLEAR HOLDINGS, INC.

14 DATED: January 20, 2006     PAUL, HASTINGS, JANOFSKY & WALKER LLP

16 By: _____
                                     Thomas A. Counts

Attorneys for Plaintiff
ALIGN TECHNOLOGY, INC.

       PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 23, 2006

_____
The Honorable Maxine M. Chesney
Judge of The United States District Court
Northern Division of California

LEGAL_US_W # 53194081.1

CASE NO. CV 05-2948 MMC (JL)     -2-     PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR EXTENSION OF TIME TO CONDUCT MEDIATION