IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., | No. C 05-2948 MMC |
| Plaintiff, <br> v. | **ORDER REFERRING TO MAGISTRATE JUDGE MOTIONS TO QUASH SUBPOENAS** |
| ORTHOCLEAR, INC. and ORTHOCLEAR HOLDINGS, INC., | |
| Defendants / | |

Pursuant to Civil Local Rule 72-1, it is HEREBY ORDERED that Non-Party TRG Holdings LLC's Motion to Quash Subpoenas to Carr Real Estate, Verizon, and XO Communications, filed January 30, 2006, and Defendants' and Non-Parties Kawaja's and Liu's Motion to Quash Subpoenas of Align Technology, Inc., filed January 30, 2006, and all other discovery disputes, are referred to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

Counsel will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.

The hearing date of March 10, 2006 before the undersigned is VACATED.

**IT IS SO ORDERED**.

Dated: February 1, 2006

MAXINE M. CHESNEY
United States District Judge