UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALIGN TECHNOLOGY, INC.,

          Plaintiff(s),

    v.

ORTHOCLEAR, INC., ET AL,

          Defendant(s).

_____/

Case No.  C-05-2948 MMC (JCS)

**SEALING ORDER**

      IT IS HEREBY ORDERED THAT the subpoena issued to Kenneth W. Thorson, Tax Commissioner, Virginia Department of Taxation, 600 East Main Street, 15th Floor, Richmond, Virginia 23219, shall be filed UNDER SEAL.

      IT IS SO ORDERED.

Dated:  March 9, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge

United States District Court

For the Northern District of California