United States District Court<br>For the Northern District of California

1
2
3
4
5
6
7
8  IN THE UNITED STATES DISTRICT COURT
9  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11 ALIGN TECHNOLOGY, INC.,     No. C-05-2948 MMC

12      Plaintiff,     **ORDER STRIKING PORTIONS OF DECLARATIONS OF RICHARD E. ELDER; DENYING AS MOOT PLAINTIFF'S MOTIONS TO SEAL; DIRECTIONS TO CLERK**
13   v.
14 ORTHOCLEAR, INC. and ORTHOCLEAR HOLDINGS, INC.,
15      Defendants               /
16

17       On March 9, 2006, plaintiff Align Technology, Inc. ("Align") filed a response to
18 defendant OrthoClear Holdings, Inc.'s ("Holdings") administrative request to withdraw its
19 motion to dismiss for lack of personal jurisdiction. On March 13, 2006, Align filed an
20 administrative motion to extend the fact discovery cut-off. On March 14, 2006, Align filed
21 an administrative motion for permission to take additional depositions. Each of the above-
22 referenced filings was supported with a declaration by Richard E. Elder, and each such
23 declaration is accompanied by a motion to seal two exhibits attached thereto.
24       In each motion to seal, Align notes that two exhibits attached to the relevant
25 declaration consist of discovery material that includes Holdings's financial account
26 numbers. Align states that although Holdings has not designated such discovery material
27 as confidential, Align filed the motions to seal, "leav[ing] to the Court's discretion the
28 possibility that it should seal those documents" to protect Holdings's privacy rights.

General Order No. 53 provides that no party may file "personal data identifiers" without a court order.  See General Order No. 53.A.  "Personal data identifiers" include "financial account numbers" with the exception of the last four digits of such numbers; in other words, a party may not file in the public record the identifying numbers of another party's financial account, other than the last four digits of such account.  See General Order No. 53.A.4.  If a party seeks to file a document containing personal data identifiers, such as a complete financial account number, the filing party must file in the public record a redacted version and must file the unredacted version pursuant to the procedure set forth in Civil Local Rule 79-5.  See General Order No. 53.B.

Here, Align has filed in the public record the complete financial account numbers, in violation of General Order No. 53.  Accordingly, the Court hereby STRIKES from the record the six exhibits containing such material, specifically:

(1) Exhibits D and E to Declaration of Richard E. Elder filed March 9, 2006;

(2) Exhibits G and H to Declaration of Richard E. Elder filed March 13, 2006; and

(3) Exhibits G and H to Declaration of Richard E. Elder filed March 13, 2006.

Should Align seek to re-file such material, Align is hereby DIRECTED to comply with the procedure set forth in General Order No. 53 and Civil Local Rule 79-5.

Align's motions to seal are hereby DENIED as moot.

The Clerk of the Court is hereby DIRECTED to remove the above-referenced exhibits from the public record.

**IT IS SO ORDERED.**

Dated: March 16, 2006

MAXINE M. CHESNEY
United States District Judge

2