IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., | No. C-05-2948 MMC |
| Plaintiff, | **ORDER REFERRING PLAINTIFF'S ADMINISTRATIVE MOTION TO EXTEND DISCOVERY CUTOFF AND PLAINTIFF'S ADMINISTRATIVE MOTION SEEKING MODIFICATION OF PRE-TRIAL SCHEDULING ORDER TO PERMIT ADDITIONAL DEPOSITIONS** |
| v. | |
| ORTHOCLEAR, INC. and ORTHOCLEAR HOLDINGS, INC., | |
| Defendants | |

Pursuant to Civil Local Rule 72-1, it is HEREBY ORDERED that plaintiff's Administrative Motion Pursuant to Local Rule 7-11 to Extend Discovery Cutoff, filed March 13, 2006, and plaintiff's Administrative Motion Pursuant to Local Rule 7-11 Seeking Modification of Pre-Trial Scheduling Order to Permit Additional Depositions, filed March 14, 2006, are referred to Magistrate Judge Joseph C. Spero, to whom all discovery matters have been referred, to be heard and considered at the convenience of his calendar.

Counsel will be advised of the date, time and place of the next appearance by notice from Magistrate Judge Spero's chambers.

**IT IS SO ORDERED.**

Dated: March 16, 2006

MAXINE M. CHESNEY
United States District Judge