IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., | No. C-05-2948 MMC |
| Plaintiff, | **ORDER REFERRING PLAINTIFF'S MOTION TO COMPEL FURTHER RESPONSES TO REQUESTS FOR PRODUCTION AND INTERROGATORIES** |
| v. | |
| ORTHOCLEAR, INC. and ORTHOCLEAR HOLDINGS, INC., | |
| Defendants / | |

Pursuant to Civil Local Rule 72-1, it is HEREBY ORDERED that plaintiff's Motion to Compel Further Responses to Requests for Production and Interrogatories, filed March 17, 2006, is referred to Magistrate Judge Joseph C. Spero, to whom all discovery matters have been referred, to be heard and considered at the convenience of his calendar.

Counsel will be advised of the date, time and place of the next appearance by notice from Magistrate Judge Spero's chambers.

The hearing scheduled for April 21, 2006 before the undersigned is hereby VACATED.

**IT IS SO ORDERED.**

Dated: March 21, 2006

MAXINE M. CHESNEY
United States District Judge