UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIGN TECHNOLOGY, INC,<br><br>       Plaintiff(s),<br><br>  v.<br><br>ORTHOCLEAR, INC., ET AL,<br><br>       Defendant(s).<br>_____/ | Case No. C05-2948 MMC (JCS)<br><br>**ORDER SETTING HEARING ON PLAINTIFF'S MOTION TO COMPEL [Docket No. 81]; GRANTING IN PART PLAINTIFF'S ADMINISTRATIVE REQUEST TO EXTEND DISCOVERY CUT-OFF [Docket No. 67]; GRANTING IN PART PLAINTIFF'S ADMINISTRATIVE REQUEST TO MODIFY PRE-TRIAL SCHEDULING ORDER TO PERMIT ADDITIONAL DEPOSITIONS [Docket No. 71]** |

    IT IS HEREBY ORDERED that Plaintiff's Motion to Compel Further Responses to Requests for Production and Interrogatories (the "Motion"), as limited by the in person meet-and-confer, will be heard on **April 21, 2006, at 9:30 a.m.,** before Magistrate Judge Joseph C. Spero, Courtroom A, 15th Floor, 450 Golden Gate Ave., San Francisco, CA.  The opposition memorandum shall be due by **April 7, 2006,** and the reply brief shall be due by **April 14, 1006.**

    Good cause appearing,

    IT IS HEREBY FURTHER ORDERED that Plaintiff's Administrative Motion to Extend Discovery Cutoff is GRANTED IN PART.  The non-expert discovery cut-off date is extended to **April 28, 2006.**  Plaintiff's Administrative Motion Seeking Modification of the Pre-Trial Scheduling Order to Permit Additional Depositions is GRANTED IN PART.   Plaintiff, on the one hand, and Defendants, as a group, on the other, may each take eight (8) more depositions beyond the ten (10) already provided under this Court's Pre-Trial Scheduling Order.

    IT IS HEREBY FURTHER ORDERED that all responses and production required by the

Stipulation and Order Regarding Plaintiff Align's Motion to Compel Further Responses to Requests for Production and Interrogatories, shall be completed no later than **April 3, 2006.**

IT IS SO ORDERED.

Dated: March 28, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge

2