1  GEORGE A. RILEY (S.B. #118304) griley@omm.com
   DARIN W. SNYDER (S.B. #136003) dsnyder@omm.com
2  MICHELLE L. DAVIDSON (S.B. #218559) (mdavidson@omm.com)
   DAVID S. ALMELING (S.B. #235449) dalmeling@omm.com
3  O'MELVENY & MYERS LLP
   Embarcadero Center West
4  275 Battery Street
   San Francisco, CA  94111-3305
5  Telephone:    (415) 984-8700
   Facsimile:    (415) 984-8701
6
   Attorneys for Defendants
7  OrthoClear, Inc.,
   OrthoClear Holdings, Inc., and
8  Nonparties Christopher Kawaja and
   Frank Liu
9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                     SAN FRANCISCO DIVISION
12

13

14  ALIGN TECHNOLOGY, INC.,                  Case No. CV 05-2948 MMC

15            Plaintiff,                     [PROPOSED] ORDER
                                             WITHDRAWING DEFENDANTS AND
16       v.                                  NONPARTIES KAWAJA'S AND LIU'S
                                             MOTION TO QUASH
17  ORTHOCLEAR, INC. and
    ORTHOCLEAR HOLDINGS, INC.,               Courtroom:    A, 15th Floor
18                                           Judge:        Hon. Joseph Spero
              Defendant.
19

20

21

22

23

24

25

26

27

28

1    On January 30, 2006, Defendants OrthoClear, Inc. ("OrthoClear") and OrthoClear

2    Holdings, Inc. ("Holdings"), and nonparties Christopher Kawaja and Farnk Liu

3    (collectively with OrthoClear and Holdings, "Movants"), filed a Motion to Quash

4    subpoenas of Align Technology, Inc ("Align").  Having considered the pleadings and

5    papers on file in this matter, and such other relevant information and evidence that were

6    presented to this Court, OrthoClear's Motion is **WITHDRAWN** as follows:

7        1.    Movants withdraw their Motion as to LSL Property Group Holdings II DE

8    LLC ("LSL") in exchange for Align's limiting its subpoena to seek the following:  any

9    lease(s) with LSL, correspondence, rental application(s), and evidence of rental payments.

10       2.    Movants withdraw their Motion as to CA-580 California Street LLC Co.

11   ("CA-580") in exchange for Align's limiting its subpoena to seek only the following:  any

12   lease(s) with CA-580, correspondence, rental application(s), and evidence of rental

13   payments.

14       3.    Movants withdraw their Motion as to Bay Materials LLC ("Bay") in

15   exchange for Align's limiting its subpoena to seek only the following:  contracts with

16   OrthoClear or Holdings, invoices, shipping information, correspondence, and evidence of

17   payments.  Movants may redact the type of plastic Movants may have purchased from

18   Bay and the properties of that plastic.

19       4. Movants withdraw their Motion as to United Parcel Service General Services

20   Company ("UPS") in exchange for Align limiting its subpoena to seek only the following:

21   contracts with OrthoClear or Holdings, invoices, shipping information, correspondence,

22   and evidence of payments.

23       5. Movants withdraw their Motion to Quash as to St. Paul Travelers Insurance in

24   exchange for Align's limiting its subpoena to seek only the following:  CGL and D&O

25   insurance policies issued to OrthoClear or Holdings, evidence of payment, and

26   communications and applications for CGL policies.

27       If and when any of these five entities decides to produce documents, it may

28   produce them to Movants' attorneys, who shall label the documents with appropriate

1 legends under the protective order and produce them to counsel for Align within two

2 business days of Movants' receipt of such documents

3

4      IT IS SO ORDERED.

5

6 Dated: ___4/25/06___

7                                          Hon. Joseph C. Spero
                                           United States Magistrate Judge

8

9 SF1:625438.1

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. CV 05-2948 MMC                 -2-          [PROPOSED] ORDER WITHDRAWING
                                                     MOTION TO QUASH