| | |
|---|---|
| 1 | GEORGE A. RILEY (S.B. #118304) griley@omm.com |
| 2 | DARIN W. SNYDER (S.B. #136003) dsnyder@omm.com |
|   | MICHELLE L. DAVIDSON (S.B. #218559) mdavidson@omm.com |
| 3 | DAVID S. ALMELING (S.B. #235449) dalmeling@omm.com |
|   | O'MELVENY & MYERS LLP |
| 4 | Embarcadero Center West |
|   | 275 Battery Street |
| 5 | San Francisco, CA 94111-3305 |
|   | Telephone: (415) 984-8700 |
| 6 | Facsimile: (415) 984-8701 |
| 7 | Attorneys for Defendants |
|   | OrthoClear, Inc. and |
| 8 | OrthoClear Holdings, Inc. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., | Case No. CV 05-2948 MMC |
| Plaintiff, | [~~PROPOSED~~] SEALING ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5 |
| v. | |
| ORTHOCLEAR, INC. and ORTHOCLEAR HOLDINGS, INC., | |
| Defendant. | Hearing Date: June 16, 2006 |
|  | Time: 9:30 a.m. |
|  | Courtroom: A, 15th Floor |
|  | Judge: Hon. Joseph Spero |

CASE NO. CV 05-2948 MMC                                       [~~PROP.~~] SEALING ORDER

1  Pursuant to Civil Local Rule 79-5 and the Protective Order previously entered in this action, it is HEREBY ORDERED that Defendants' Administrative Motion for Leave to File Confidential Documents Under Seal Pursuant to Civil Local Rule 79-5 is GRANTED.

As specified in Defendants' motion, the following documents are to be SEALED:

1. Exhibit FF to the Declaration of David S. Almeling in support of Defendants' Motion to Compel, dated May 5, 2006 (the "Almeling Compel Decl.") (document bearing Bates number OCTP 0012669);

2. Exhibit MM to the Almeling Compel Decl. (excerpts of deposition of Paul Kimball on Mar. 27, 2006);

3. Exhibit NN to the Almeling Compel Decl. (excerpts of deposition of Jack Guthrie on Apr. 18, 2006);

4. Exhibit OO to the Almeling Compel Decl. (excerpts of deposition of Julie R. Yeomans on Apr. 13, 2006);

5. Exhibit PP to the Almeling Compel Decl. (excerpts of deposition of Linda Alvarez on Apr. 24, 2006);

6. Exhibit QQ to the Almeling Compel Decl. (excerpts of deposition of Mary Kay Rosenberger on Apr. 14, 2006); and

7. Exhibit RR to the Almeling Compel Decl. (excerpts of deposition of David Thrower on Mar. 28, 2006).

IT IS SO ORDERED.

Dated: ___May 8___, 2006

_____
Joseph S. [Spero]
United States Magistrate Judge

SF1:627628.1

CASE NO. CV 05-2948 MMC        1        [PROP.] SEALING ORDER