MARK E. McKEEN (S.B..#130950
THOMAS A. COUNTS (S.B.#148051)
RICHARD E. ELDER (S.B. #205389)
PAUL, HASTINGS, JANOFSKY &
WALKER LLP
55 Second Street, 24th Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: 415) 856-7100

Attorneys for Plaintiff Align Technology, Inc.

GEORGE A. RILEY (S.B. #118304)
DARIN W. SNYDER (S.B. #136003)
MICHELLE L. DAVIDSON (S.B. #218559)
DAVID S. ALMELING (S.B. #235449)
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Defendants OrthoClear, Inc. and OrthoClear Holdings, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ORTHOCLEAR, INC. and ORTHOCLEAR HOLDINGS, INC.,<br><br>Defendants. | CASE NO. CV-05-2948 MMC (JCS)<br><br>[~~PROPOSED~~] STIPULATION AND ORDER REGARDING PLAINTIFF'S OUTSTANDING DISCOVERY MOTIONS; AND DEFENDANTS' MOTION TO COMPEL FURTHER RESPONSES TO REQUESTS FOR PRODUCTION AND INTERROGATORIES AND DEPOSITION NOTICES |

1   Whereas, on May 9, 2006, Plaintiff Align Technology, Inc. ("Align") filed a
2   Motion to Compel Depositions of William Britt and Alice Ruutel, and on May 9, 2006 Align filed
3   Motion to Compel Depositions Of Defendants' Persons Most Knowledgeable; and

4   Whereas, on May 5, 2006, OrthoClear, Inc. ("OrthoClear") and OrthoClear
5   Holdings, Inc. ("Holdings") (collectively, "Defendants") filed a Motion to Compel Further
6   Responses to Requests for Production and Interrogatories and Deposition Notices; and

Case 3:05-cv-02948-MMC   Document 179   Filed 06/09/2006   Page 2 of 5

7   Whereas, the Parties have extensively met and conferred to resolve their
8   disagreements without intervention by the Court and have reached agreements on all of those
9   disagreements.

10
11  Therefore, it is hereby ordered that:

12  1.   OrthoClear agrees to produce Bill Britt and Alice Ruutel (on dates to be
13  determined by the Parties) for deposition before July 1, 2006. OrthoClear further agrees to
14  produce witness(es) for deposition before July 1 as the person most knowledgeable on the
15  remaining topics of Align's February 17, 2006 and March 3, 2006 Notices of Taking Deposition
16  of Persons Most Knowledgeable for Defendant OrthoClear, Inc., except for topics 13-17 of
17  Align's February 17, 2006 Notice of Taking Deposition of Persons Most Knowledgeable for
18  Defendant OrthoClear, Inc.

19  2.   On or before June 16, 2006, Align will supplement its response to Nos. 1-8
20  of OrthoClear's First Set of Interrogatories ("OrthoClear's Interrogatories") and Nos. 1-6 of
21  Holdings' First Set of Interrogatories ("Holdings' Interrogatories").

22
23  3.   On or before June 16, 2006, Align will supplement its response to
    OrthoClear's Interrogatories Nos. 20 and 21 and Holdings' Interrogatories No. 10.
24
25  4.   On or before June 16, 2006, Align will supplement its response to
26  OrthoClear's Interrogatories No. 15. Align represents that it will not supplement its responses to
27  OrthoClear's Interrogatories Nos. 14 and Holdings' Interrogatories No. 8 because all other
28  responsive information is protected under the attorney-client privilege or the work-product

CASE NO. CV-05-2948 MMC (JCS)                           STIPULATION AND ORDER REGARDING
                                                        PENDING MOTIONS TO COMPEL

doctrine.

5.   On or before June 16, 2006, Align will supplement its responses to:

   a. OrthoClear's Interrogatories No. 9 and OrthoClear's First Set of Request for Production of Documents ("OrthoClear's RFPDs") No. 99 by producing all press statements, marketing, and webpages referring to certification or training.

Case 3:05-cv-02948-MMC   Document 179   Filed 06/09/2006   Page 3 of 5

   b. OrthoClear's Interrogatories No. 10 and OrthoClear's RFPDs No. 7 by producing a list of all doctors revealed by diligent search and reasonable inquiry who were certified one-on-one, or in a doctor's office, restaurant, or bar.

   c. OrthoClear's Interrogatories Nos. 16 and 17 and OrthoClear's RFPDs No. 17 by producing a list of all doctors revealed by diligent search and reasonable inquiry who have been decertified by Align.

   d. Holdings Interrogatories Nos. 15-18 and 20 and OrthoClear's RFPDs No. 145 by describing the policy for whether a doctor is listed on Align's "Find a Doctor" webpage.

6.   On or before June 16, 2006, Align will supplement its response to OrthoClear's Interrogatories Nos. 11 and 12 and OrthoClear's RFPDs No. 64 by listing the Bates numbers of previously produced documents that define when and how "The Clear Way To Straighten Teeth" was used.

7.   On or before June 16, 2006, Align will supplement its response to OrthoClear's Interrogatories No. 22.

8.   On or before June 16, 2006, Align will identify the number of doctors who have agreed to exclusivity contracts including but not limited to the Welcome Back program, as well as the number of cases submitted under exclusivity contracts including but not limited to the

Welcome Back program.

9.  On or before June 30, 2006, Align will supplement its responses to OrthoClear's RFPDs Nos. 130 and 131 by producing all communications with doctors and patients that are revealed by a reasonably diligent search that (1) refer to "The Clear Way To Straighten Teeth," (2) relate or refer to evidence of confusion, and (3) contain the following words (and their plurals): "train," "training," "trained," "certifies," "certify," "certified," "certification," "educating," "education," and "educate."

Case 3:05-cv-02948-MMC   Document 179   Filed 06/09/2006   Page 4 of 5

10.  On or before June 16, 2006, Align will produce a list of every doctor revealed by diligent search and reasonable inquiry that has been certified by Align. Also by June 16, 2006, Defendants will identify the Bates numbers of previously produced documents that lists doctors certified by OrthoClear and the dates of those lists.

11.  On or before June 16, 2006, Align will produce all surveys and market research regarding "The Clear Way To Straighten Teeth."

12.  On or before June 23, 2006, Align will produce a complete set of Align's Quarterly Sales Reference Guides, redacting those portions that do not relate or refer to certification, training, sample advertisements, or "The Clear Way To Straighten Teeth."

13.  The Court, in light of Align's agreement to provide supplemental responses to Nos. 1-8 of OrthoClear's Interrogatories and Nos. 1-6 of Holdings' Interrogatories (*see supra* ¶ 2), will defer ruling on Defendants' motion to compel Align to designate additional witnesses on Topic Nos. 9, 11, and 12 (of Ex. Y to the David S. Almeling Declaration ISO Defendants' Motion to Compel Further Responses to Requests for Production and Interrogatories and Deposition Notices ("Almeling Decl.")) and Topic Nos. 6-10 and 12-15 (of Ex. Z to the Almeling Decl.). If Defendants are not satisfied with Align's supplemental responses to those interrogatories and the Parties cannot resolve their disagreement, the Parties agree to submit a joint statement to the Court by no later than June 23, 2006 to resolve the disagreement.

CASE NO. CV-05-2948 MMC (JCS)                                                                                STIPULATION AND ORDER REGARDING
                                                                                                             PENDING MOTIONS TO COMPEL

14. Align agrees to produce Lou Shuman (on a date to be determined by the Parties) for deposition before July 1, 2006.

15. With the exception of the issues discussed in paragraph 13, the Parties motions are deemed withdrawn.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Case 3:05-cv-02948-MMC   Document 179   Filed 06/09/2006   Page 5 of 5

| DATED: 6/9/06 | _____<br>Attorneys for Plaintiff |
|---|---|
| DATED: 6/9/06 | _____<br>Attorneys for Defendant |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 9, 2006        _____
                           Hon. Judge Joseph C. Spero
                           United States