GEORGE A. RILEY (S.B. #118304) griley@omm.com
DARIN W. SNYDER (S.B. #136003) dsnyder@omm.com
MICHELLE L. DAVIDSON (S.B. #218559) mdavidson@omm.com
CARLA MENINSKY (S.B. #233470) cmeninsky@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701

Attorneys for Defendants
OrthoClear, Inc. and
OrthoClear Holdings, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>ORTHOCLEAR, INC. and<br>ORTHOCLEAR HOLDINGS, INC.,<br><br>                    Defendant. | Case No. CV 05-2948 MMC<br><br>[~~PROPOSED~~] SEALING ORDER GRANTING DEFENDANT ORTHOCLEAR HOLDINGS, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5<br><br>Hearing Date:   August 18, 2006<br>Time:           9:00 a.m.<br>Courtroom:      7<br>Judge:          Hon. Maxine Chesney |

Pursuant to Civil Local Rule 79-5 and the Protective Order previously entered in this action, it is HEREBY ORDERED that Defendant OrthoClear Holdings, Inc.'s ("Holdings") Administrative Motion for Leave to File Confidential Documents Under Seal Pursuant to Civil Local Rule 79-5 is GRANTED.

As specified in Holdings' motion, the following documents are to be SEALED:

1. Exhibit C to the Declaration of David S. Almeling in support of Holdings' Motion For Summary Judgment, dated July 14, 2006 (the "Almeling Summary Judgment Decl.") (document bearing Bates numbers HOLTP 0000118-130);

2. Exhibit D to the Almeling Summary Judgment Decl. (document bearing Bates numbers HOLTP 0000202-217);

3. Exhibit E to the Almeling Summary Judgment Decl. (copy of Plaintiff Align Technology, Inc.'s Supplemental Responses to Defendant OrthoClear Holdings, Inc.'s First Set of Interrogatories, served on June 16, 2006);

4. Exhibit F to the Almeling Summary Judgment Decl. (copy of Plaintiff Align Technology, Inc.'s Supplemental Responses to Defendant OrthoClear Inc.'s First Set of Interrogatories, served on June 16, 2006).

5. The Memorandum of Points and Authorities in Support of Defendant OrthoClear Holdings, Inc.'s Motion For Summary Judgment, dated July 14, 2006.

**IT IS SO ORDERED.**

Dated: July 26, 2006, 2006

_____
Hon. Maxine Chesney
United States District Court Judge