GEORGE A. RILEY (S.B. #118304) griley@omm.com
DARIN W. SNYDER (S.B. #136003) dsnyder@omm.com
MICHELLE L. DAVIDSON (S.B. #218559) mdavidson@omm.com
CARLA MENINSKY (S.B. #233470) cmeninsky@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA  94111-3305
Telephone:    (415) 984-8700
Facsimile:     (415) 984-8701

Attorneys for Defendants
OrthoClear, Inc. and
OrthoClear Holdings, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC.,<br><br>                    Plaintiff,<br><br>            v.<br><br>ORTHOCLEAR, INC. and<br>ORTHOCLEAR HOLDINGS, INC.,<br><br>                    Defendant. | Case No. CV 05-2948 MMC<br><br>[PROPOSED] SEALING ORDER RE GRANTING DEFENDANT ORTHOCLEAR, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5<br><br>Hearing Date:   August 18, 2006<br>Time:                 9:00 a.m.<br>Courtroom:       7<br>Judge:               Hon. Maxine Chesney |

Pursuant to Civil Local Rule 79-5 and the Protective Order previously entered in this action, it is HEREBY ORDERED that Defendant OrthoClear, Inc.'s Administrative Motion for Leave to File Confidential Documents Under Seal Pursuant to Civil Local Rule 79-5 is GRANTED.

As specified in Defendants' motion, the following documents are to be SEALED:

1. Exhibit 2 to the Declaration of Michelle L. Davidson in support of Defendant OrthoClear, Inc.'s Motion For Summary Judgment, dated July 14, 2006 (the "Davidson Summary Judgment Decl.") (document bearing Bates numbers OCTP0014273-341);

2. Exhibit 3 to the Davidson Summary Judgment Decl. (document bearing Bates number OCTP0013890);

3. Exhibit 9 to the Davidson Summary Judgment Decl. (Align's Supp. Resp. to OrthoClear's First Set of Interrogs.);

4. ~~Exhibit 10 to the Davidson Summary Judgment Decl. (excerpts of deposition of Linda G. Alvarez, dated April 24, 2006~~);

5. Exhibit 11 to the Davidson Summary Judgment Decl. (excerpts of deposition of Joe M. Breeland, dated April 26, 2006);

6. Exhibit 12 to the Davidson Summary Judgment Decl. (excerpts of deposition of Brent Coles, dated April 27, 2006);

7. Exhibit 13 to the Davidson Summary Judgment Decl. (excerpts of deposition of Craig Crawford, D.D.S., dated April 28, 2006);

8. Exhibit 15 to the Davidson Summary Judgment Decl. (excerpts of deposition of Jack T. Guthrie, III, dated April 18, 2006);

9. Exhibit 16 to the Davidson Summary Judgment Decl. (excerpts of deposition of Paul N. Kimball, dated March 27, 2006);

10. Exhibit 17 to the Davidson Summary Judgment Decl. (excerpts of deposition of Mitchell A. Krueger, dated April 20, 2006);

11. Exhibit 18 to the Davidson Summary Judgment Decl. (excerpts of deposition of

1  Scott L. O'Neil, dated April 27, 2006);

2      12. Exhibit 19 to the Davidson Summary Judgment Decl. (excerpts of deposition of

3  David S. Thrower, March 28, 2006);

4      13. Exhibit 20 to the Davidson Summary Judgment Decl. (excerpts of deposition of

5  Greg R. Tomita, dated April 26, 2006);

6      14. Exhibit 21 to the Davidson Summary Judgment Decl. (excerpts of deposition of

7  Jeffrey B. Tunnell, dated April 19, 2006);

8      15. Exhibit 22 to the Davidson Summary Judgment Decl. (excerpts of deposition of

9  Keith Ryan Wolf, dated April 21, 2006);

10     16. Exhibit 23 to the Davidson Summary Judgment Decl. (excerpts of deposition of

11 Barbara L. Woodbury, dated April 25, 2006); and

12     17. The Memorandum of Points and Authorities in Support of Defendant OrthoClear,

13 Inc.'s Motion For Summary Judgment, dated July 14, 2006.

14 As to Exhibit 10 to the Davidson Summary Judgment Decl., defendant shall e-file such exhibit no later than August 4, 2006 if it wishes such exhibit to be considered by the Court.

**IT IS SO ORDERED.**

Dated: _____July 26_____, 2006

_[signature]_
Hon. Maxine Chesney
United States District Court Judge