MARK E. MCKEEN (SB# 130950) markmckeen@paulhastings.com
THOMAS A. COUNTS (SB# 148051) tomcounts@paulhastings.com
PETER C. MEIER (SB# 179019) petermeier@paulhastings.com
RICHARD E. ELDER (SB# 205389) richardelder@paulhastings.com
T. LEE KISSMAN (SB #233434) leekissman@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA  94105-3441
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100

Attorneys for Plaintiff
ALIGN TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ORTHOCLEAR, INC. and ORTHOCLEAR HOLDINGS, INC., <br><br> Defendants. | CASE NO. CV-05-2948 MMC (JCS) <br><br> **SEALING ORDER GRANTING ALIGN TECHNOLOGY, INC.'S ADMINISTRATIVE MOTION TO FILE CONFIDENTIAL DOCUMENTS IN SUPPORT OF ALIGN TECHNOLOGY, INC.'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT UNDER SEAL** <br><br> Date:  August 18, 2006 <br> Time:  9:00 a.m. <br> Courtroom 7, 19th Floor <br> The Honorable Maxine M. Chesney |

1          Pursuant to Civil Local Rules 79-5 and 7-11, and the Stipulated Protective Order dated January 23, 2006 ("Stipulated Protective Order"), it is HEREBY ORDERED that Plaintiff Align Technology, Inc.' s ("Align") Administrative Motion to File Confidential Documents In Support of Align's Opposition to Defendants' Motion for Summary Judgment Under Seal is GRANTED.

         As specified in Align's motion, the following documents are to be SEALED:

         Exhibit 1 to the Declaration of T. Lee Kissman in Support of Align Technology, Inc.'s Opposition to Defendants' Motion for Summary Judgment ("Kissman Declaration").

         Exhibit 9 to the Kissman Declaration.

         Exhibit 11 to the Kissman Declaration.

         Exhibit 19 to the Kissman Declaration.

         Exhibit 20 to the Kissman Declaration.

         Exhibit 21 to the Kissman Declaration.

         Exhibit 22 to the Kissman Declaration.

         Exhibit 23 to the Kissman Declaration.

         Exhibit 24 to the Kissman Declaration.

         Exhibit 25 to the Kissman Declaration.

         Exhibit 26 to the Kissman Declaration.

         Exhibit 27 to the Kissman Declaration.

         Exhibit 28 to the Kissman Declaration.

         Exhibit 29 to the Kissman Declaration.

         Exhibit 33 to the Kissman Declaration.

         Exhibit 34 to the Kissman Declaration.

         The Declaration of Mark Petroni in Support of Align Technology, Inc.'s Opposition to Defendants' Motion for Summary Judgment.

         The Declaration of Golbue Baghai in Support of Align Technology, Inc.'s Opposition to Defendants' Motion for Summary Judgment.

CASE NO. CV-05-2948 MMC (JCS)    -1-    [PROPOSED] SEALING ORDER GRANTING ALIGN'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

1 | The Declaration of Allen Nicely in Support of Align Technology, Inc.'s
2 | Opposition to OrthoClear, Inc's Motion for Summary Judgment.
3 | The Memorandum of Points and Authorities in Opposition to Defendants' Motion
4 | for Summary Judgment.
5 | IT IS SO ORDERED.

Dated: August 9, 2006

*[signature]*
Hon. Maxine Chesney
U.S. District Court Judge

CASE NO. CV-05-2948 MMC (JCS)   -2-   [PROPOSED] SEALING ORDER GRANTING ALIGN'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL