1   MARK E. MCKEEN (SB# 130950) markmckeen@paulhastings.com
    THOMAS A. COUNTS (SB# 148051) tomcounts@paulhastings.com
2   PETER C. MEIER (SB# 179019) petermeier@paulhastings.com
    RICHARD E. ELDER (SB# 205389) richardelder@paulhastings.com
3   T. LEE KISSMAN (SB #233434) leekissman@paulhastings.com
    PAUL, HASTINGS, JANOFSKY & WALKER LLP
4   55 Second Street
    Twenty-Fourth Floor
5   San Francisco, CA  94105-3441
    Telephone:  (415) 856-7000
6   Facsimile:  (415) 856-7100

7   Attorneys for Plaintiff
    ALIGN TECHNOLOGY, INC.
8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12

13  ALIGN TECHNOLOGY, INC.,            CASE NO. CV-05-2948 MMC (JCS)

14              Plaintiff,             **ORDER GRANTING ALIGN
                                       TECHNOLOGY, INC.'S**
15          vs.                        **ADMINISTRATIVE MOTION TO FILE
                                       CONFIDENTIAL DOCUMENTS IN**
16  ORTHOCLEAR, INC. and               **SUPPORT OF ALIGN TECHNOLOGY,
    ORTHOCLEAR HOLDINGS, INC.,         INC.'S OPPOSITION TO ORTHOCLEAR**
17                                     **HOLDINGS, INC.'S MOTION FOR
                Defendants.            SUMMARY JUDGMENT UNDER SEAL**
18
                                       Date:         August 18, 2006
19                                     Time:         9:00 a.m.
                                       Courtroom 7, 19th Floor
20                                     The Honorable Maxine M. Chesney

21

22

23

24

25

26

27

28
                                                    [PROPOSED] SEALING ORDER
    CASE NO. CV-05-2948 MMC (JCS)          GRANTING ALIGN'S ADMIN MOTION TO
                                                          FILE UNDER SEAL

1    Pursuant to Civil Local Rules 79-5 and 7-11, and the Stipulated Protective Order

2    dated January 23, 2006 ("Stipulated Protective Order"), it is HEREBY ORDERED that Plaintiff

3    Align Technology, Inc.'s ("Align") Administrative Motion to File Confidential Documents In

4    Support of Align's Opposition to OrthoClear Holdings, Inc.'s Motion for Summary Judgment

5    Under Seal is GRANTED.

6    As specified in Align's motion, and/or the Declaration of Michelle L. Davidson

7    filed by defendants in support of Align's motion, the following documents are to be SEALED:

8    Exhibit A to the Declaration of Richard E. Elder in Support of Align Technology,

9    Inc's Opposition to OrthoClear Holdings, Inc.'s Motion for Summary Judgment ("Elder

10    Declaration").

11    Exhibit B to the Elder Declaration.

12    Exhibit C to the Elder Declaration.

13    Exhibit D to the Elder Declaration.

14    Exhibit E to the Elder Declaration.

15    Exhibit L to the Elder Declaration.

16    Exhibit M to the Elder Declaration.

17    Exhibit N to the Elder Declaration.

18    Exhibit O to the Elder Declaration.

19    Exhibit P to the Elder Declaration.

20    Exhibit Q to the Elder Declaration.

21    Exhibit R to the Elder Declaration.

22    Exhibit S to the Elder Declaration.

23    Exhibit T to the Elder Declaration.

24    Exhibit U to the Elder Declaration.

25    Exhibit V to the Elder Declaration.

26    Exhibit W to the Elder Declaration.

27    Exhibit X to the Elder Declaration.

28    Exhibit Y to the Elder Declaration.

1    Exhibit AA to the Elder Declaration.

2    Exhibit BB to the Elder Declaration.

3    Exhibit CC to the Elder Declaration.

4    Exhibit DD to the Elder Declaration.

5    Exhibit FF to the Elder Declaration.

6    Exhibit HH to the Elder Declaration.

7    Exhibit LL to the Elder Declaration.

8    The unredacted version of Align Technology Inc.'s Memorandum of Points and

9    Authorities in Opposition to OrthoClear Holdings, Inc.'s Motion for Summary Judgment.

10    The unredacted version of the Declaration of Richard E. Elder in Support of Align

11    Technology, Inc's Opposition to OrthoClear Holdings, Inc.'s Motion for Summary Judgment.

12

13    IT IS SO ORDERED.

14

15    Dated: August 9, 2006

16                                    Hon. Maxine Chesney
                                      U.S. District Court Judge

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. CV-05-2948 MMC (JCS)          -2-          [PROPOSED] SEALING ORDER
                                                    GRANTING ALIGN'S ADMIN MOTION TO
                                                    FILE UNDER SEAL