1  GEORGE A. RILEY (S.B. #118304) griley@omm.com
   DARIN W. SNYDER (S.B. #136003) dsnyder@omm.com
2  MICHELLE L. DAVIDSON (S.B. #218559) mdavidson@omm.com
   CARLA MENINSKY (S.B. #233470) cmeninsky@omm.com
3  O'MELVENY & MYERS LLP
   Embarcadero Center West
4  275 Battery Street
   San Francisco, CA  94111-3305
5  Telephone:    (415) 984-8700
   Facsimile:    (415) 984-8701
6
   Attorneys for Defendants
7  OrthoClear, Inc. and
   OrthoClear Holdings, Inc.
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11

| ALIGN TECHNOLOGY, INC., | Case No. CV 05-2948 MMC |
|---|---|
| Plaintiff, | **ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5 [ORTHOCLEAR HOLDINGS, INC. REPLY MEMORANDUM]** |
| v. | |
| ORTHOCLEAR, INC. and ORTHOCLEAR HOLDINGS, INC., | |
| Defendant. | Hearing Date:  August 18, 2006<br>Time:          9:00 a.m.<br>Courtroom:     7<br>Judge:         Hon. Maxine Chesney |

CASE NO. CV 05-2948 MMC                                    [PROP.] SEALING ORDER

Pursuant to Civil Local Rule 79-5 and the Protective Order previously entered in this action, it is HEREBY ORDERED that Defendants' Administrative Motion for Leave to File Confidential Documents Under Seal Pursuant to Civil Local Rule 79-5 [OrthoClear Holdings, Inc. Reply Memorandum] is GRANTED.

As specified in Defendants' motion, the following documents are to be SEALED:

1. Exhibit 1 to the Declaration of Sandeep N. Solanki in Support of Defendant OrthoClear Holdings, Inc.'s Reply Memorandum in Support of its Motion For Summary Judgment, dated August 4, 2006 (the "Solanki Holdings Reply Mem. Decl.") (excerpts of the Javed transcript).

2. Exhibit 2 to the Solanki Holdings Reply Mem. Decl. (excerpts of the Kawaja's March transcript).

3. Exhibit 3 to the Solanki Holdings Reply Mem. Decl. (excerpts of the Kawaja's June transcript).

4. The unredacted version of the Reply Memorandum in Support of Defendant OrthoClear Holdings, Inc.'s Motion For Summary Judgment, dated July 14, 2006

**IT IS SO ORDERED.**

Dated: August 9, 2006

_____
Hon. Maxine Chesney
United States District Court Judge