GEORGE A. RILEY (S.B. #118304) griley@omm.com
DARIN W. SNYDER (S.B. #136003) dsnyder@omm.com
MICHELLE L. DAVIDSON (S.B. #218559) mdavidson@omm.com
DAVID S. ALMELING (S.B. #235449) dalmeling@omm.com
SANDEEP N. SOLANKI (Admitted *Pro Hac Vice*) ssolanki@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA  94111-3305
Telephone:  (415) 984-8700
Facsimile:  (415) 984-8701

Attorneys for Defendants
OrthoClear, Inc. and
OrthoClear Holdings, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> ORTHOCLEAR, INC. and ORTHOCLEAR HOLDINGS, INC., <br><br> Defendant. | Case No. CV 05-2948 MMC <br><br> **ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE CONFIDENTIAL DOCUMENTS (ATTACHED TO DEFENDANTS' OPPOSITION TO PLAINTIFF ALIGN TECHNOLOGY, INC.'S OBJECTIONS TO AND MOTION TO STRIKE EVIDENCE) UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5** <br><br> Hearing Date: August 18, 2006 <br> Time: 9:00 a.m. <br> Courtroom: 7 <br> Judge: Hon. Maxine Chesney |

CASE NO. CV 05-2948 MMC                                              [PROP.] SEALING ORDER

Pursuant to Civil Local Rule 79-5 and the Protective Order previously entered in this action, it is HEREBY ORDERED that Defendants' Administrative Motion for Leave to File Confidential Documents (Attached to Defendants' Opposition to Align's Objections to and Motion to Strike Evidence) Under Seal Pursuant to Civil Local Rule 79-5 is GRANTED.

As specified in Defendants' motion, the following documents are to be SEALED:

1. Exhibit A to the Declaration of David S. Almeling in Support of Defendants' Opposition to Plaintiff Align Technology Inc.'s Objection to and Motion to Strike Evidence in Support of OrthoClear Holdings, Inc.'s Motion for Summary Judgment ("Almeling Objections to Holdings' Evidence Declaration") (Kawaja deposition excerpts).

2. Exhibit B to the Almeling Objections to Holdings' Evidence Declaration (Chishti deposition excerpts)

3. The unredacted version of Defendants' Opposition to Plaintiff Align Technology, Inc.'s Objections to and Motion to Strike Evidence in Support of OrthoClear Holdings, Inc.'s Motion for Summary Judgment.

**IT IS SO ORDERED.**

Dated: August 9, 2006

_____
Hon. Maxine Chesney
United States District Court Judge

CASE NO. CV 05-2948 MMC    1    [PROP.] SEALING ORDER