GEORGE A. RILEY (S.B. #118304) griley@omm.com
DARIN W. SNYDER (S.B. #136003) dsnyder@omm.com
MICHELLE L. DAVIDSON (S.B. #218559) mdavidson@omm.com
DAVID S. ALMELING (S.B. #235449) dalmeling@omm.com
SANDEEP N. SOLANKI (Admitted *Pro Hac Vice*) ssolanki@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA  94111-3305
Telephone:      (415) 984-8700
Facsimile:       (415) 984-8701

Attorneys for Defendants
OrthoClear, Inc. and
OrthoClear Holdings, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> ORTHOCLEAR, INC. and ORTHOCLEAR HOLDINGS, INC., <br><br> Defendant. | Case No. CV 05-2948 MMC <br><br> **ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE CONFIDENTIAL DOCUMENTS (ATTACHED TO DEFENDANTS' RESPONSE TO ALIGN'S OBJECTIONS TO EVIDENCE) UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5** <br><br> Hearing Date:  August 18, 2006 <br> Time:                9:00 a.m. <br> Courtroom:       7 <br> Judge:              Hon. Maxine Chesney |

CASE NO. CV 05-2948 MMC                                                                                                    [PROP.] SEALING ORDER

1
2       Pursuant to Civil Local Rule 79-5 and the Protective Order previously entered in this
3  action, it is HEREBY ORDERED that Defendants OrthoClear, Inc. and OrthoClear Holdings,
4  Inc.'s Administrative Motion for Leave to File Confidential Documents (Attached to Defendants'
5  Response to Align's Objections to Evidence) Under Seal Pursuant to Civil Local Rule 79-5 is
6  GRANTED.
7       As specified in Defendants' motion, the following documents are to be SEALED:
8       1.  Exhibit A (excerpt from the deposition of Jeffrey Tunnell) to the Declaration of
9  David S. Almeling in Support of Defendants' Response to Align Technology Inc.'s Objection to
10 Evidence in Support of Defendant's Motions for Summary Judgment ("Almeling Objections to
11 Evidence Declaration").
12      2.  Exhibit B (excerpt from the deposition of Joe Breeland) to the Almeling
13 Objections to Evidence Declaration.
14      3.  Exhibit C (excerpt from the deposition of Keith Wolf) to the Almeling Objections
15 to Evidence Declaration.
16      4.  The unredacted version of Defendants' Response to Align Technology Inc.'s
17 Objection to Evidence in Support of Defendant's Motions for Summary Judgment

**IT IS SO ORDERED.**

Dated: August 9, 2006

_____
Hon. Maxine Chesney
United States District Court Judge

CASE NO. CV 05-2948 MMC         1         [PROP.] SEALING ORDER