IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALIGN TECHNOLOGY, INC.,

    Plaintiff,

  v.

ORTHOCLEAR, INC. and ORTHOCLEAR HOLDINGS, INC.,

    Defendants

No. C-05-2948 MMC

**ORDER RE: DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

    On July 12, 2006, plaintiff Align Technology, Inc. filed a motion, pursuant to Civil Local Rules 3-12 and 7-11, requesting the Court find the instant matter is related to Align Technology, Inc. v. OrthoClear, Inc., et al., C-06-3828 SC. To date, defendants have not filed, in the instant case, opposition or any other response to the motion. See Civil L.R. 3-12(e) (providing response to motion to relate cases "must be filed in the earliest filed case"). The docket of the higher-numbered case, however, reflects that on July 17, 2006, defendants filed an opposition, a supporting declaration, and a proposed order therein. In any event, defendants have failed to provide the Court with a chambers copy of their opposition and supporting documents, in violation of General Order 45 and the Court's Standing Orders. See General Order 45 § VI.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.[1]

---

[1] It is the Court's understanding that the Clerk, as a courtesy, telephonically contacted defendants to request a chambers copy of their opposition and supporting documents. Inexplicably, defendants have failed to respond to such request by providing chambers copies.

In the event defendants wish the Court to consider their opposition to plaintiff's motion seeking relation, defendants shall, no later than August 14, 2006, both electronically file herein the above-referenced documents and deliver chambers copies thereof.

**IT IS SO ORDERED.**

Dated: August 9, 2006

MAXINE M. CHESNEY
United States District Judge