MARK E. MCKEEN (SB# 130950) markmckeen@paulhastings.com
THOMAS A. COUNTS (SB# 148051) tomcounts@paulhastings.com
PETER C. MEIER (SB# 179019) petermeier@paulhastings.com
RICHARD E. ELDER (SB# 205389) richardelder@paulhastings.com
T. LEE KISSMAN (SB #233434) leekissman@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Plaintiff
ALIGN TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ORTHOCLEAR, INC. and ORTHOCLEAR HOLDINGS, INC., <br><br> Defendants. | CASE NO. CV-05-2948 MMC (JCS) (EMC) <br><br> **STIPULATION AND ORDER CHANGING DATE OF SETTLEMENT CONFERENCE** <br><br> Date: August 28, 2006 <br> Time: 9:00 a.m. 10:00 a.m. <br> Courtroom C, 15th Floor <br> The Honorable Edward M. Chen |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff Align Technology, Inc. and Defendants OrthoClear, Inc. and OrthoClear Holdings, Inc., through their respective counsel of record, that the settlement conference, currently scheduled for September 1, 2006, shall be moved to August 28, 2006, at ~~9:00 a.m.~~ 10:00 a.m. before the Honorable Edward M. Chen, in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco.

Settlement conference statements shall be lodged with the Judge Chen's chambers by August 18, 2006, in hard copy only and should not be electronically filed.

DATED: August 11, 2006         PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____/s/_____
PETER C. MEIER

Attorneys for Plaintiff
Align Technology, Inc.

DATED: August 11, 2006         O'MELVENY & MYERS LLP

By: _____/s/_____
DARIN W. SNIDER

Attorneys for Defendants
OrthoClear, Inc. and OrthoClear Holdings, Inc.

IT IS SO ORDERED.

Dated: August 14, 2006

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen
U.S. District Court Magistrate Judge

LEGAL_US_W # 54200565.1

CASE NO. CV-05-2948 MMC (JCS)    -1-    STIPULATION AND ORDER CHANGING DATE OF SETTLEMENT CONFERENCE