GEORGE A. RILEY (S.B. #118304) griley@omm.com
DARIN W. SNYDER (S.B. #136003) dsnyder@omm.com
MICHELLE L. DAVIDSON (S.B. #218559) mdavidson@omm.com
CARLA MENINSKY (S.B. #233470) cmeninsky@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Defendants
OrthoClear, Inc. and
OrthoClear Holdings, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> ORTHOCLEAR, INC. and ORTHOCLEAR HOLDINGS, INC., <br><br> Defendant. | Case No. CV 05-2948 MMC <br><br> [~~PROPOSED~~] SEALING ORDER GRANTING ORTHOCLEAR, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5 [ORTHOCLEAR, INC.'S MOTION FOR SANCTIONS] <br><br> Hearing Date: September 15, 2006 <br> Time: 9:30 a.m. <br> Courtroom: A, 15th Floor <br> Judge: Hon. Joseph Spero |

Pursuant to Civil Local Rule 79-5 and the Protective Order previously entered in this action as well as the papers filed in support of its motion to file documents under seal it is **HEREBY ORDERED** that Defendant OrthoClear Inc.'s Administrative Motion for Leave to File Confidential Documents Under Seal Pursuant to Civil Local Rule 79-5 [OrthoClear, Inc.'s Motion for Sanctions] is hereby **GRANTED**.

As specified in OrthoClear's motion, the following documents are to be **SEALED**:

1. Exhibit 2 to the Declaration of David S. Almeling in Support of OrthoClear, Inc.'s Motion for Sanctions (excerpts of the deposition of Julie Yeomans, dated April 13, 2006).

2. Memorandum of Points and Authorities in Support of OrthoClear, Inc.'s Motion for Sanctions, dated August 11, 2006.

**IT IS SO ORDERED.**

Dated: __August 14__, 2006

_____
Hon. Joseph C. Spero
United States Magistrate Judge

SF1:639572.1

CASE NO. CV 05-2948 MMC          1          [PROP.] SEALING ORDER