GEORGE A. RILEY (S.B. #118304) griley@omm.com
DARIN W. SNYDER (S.B. #136003) dsnyder@omm.com
MICHELLE L. DAVIDSON (S.B. #218559) mdavidson@omm.com
CARLA MENINSKY (S.B. #233470) cmeninsky@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA  94111-3305
Telephone:     (415) 984-8700
Facsimile:      (415) 984-8701

Attorneys for Defendants
OrthoClear, Inc. and
OrthoClear Holdings, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC.,<br><br>                    Plaintiff,<br><br>         v.<br><br>ORTHOCLEAR, INC. and<br>ORTHOCLEAR HOLDINGS, INC.,<br><br>                    Defendant. | Case No. CV 05-2948 MMC<br><br>**SEALING ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5 [ORTHOCLEAR INC. REPLY MEMORANDUM]**<br><br>Hearing Date:   August 18, 2006<br>Time:                9:00 a.m.<br>Courtroom:       7<br>Judge:              Hon. Maxine Chesney |

CASE NO. CV 05-2948 MMC                                                                    [PROP.] SEALING ORDER

It is HEREBY ORDERED that Defendants' Administrative Motion for Leave to File Confidential Documents Under Seal Pursuant to Civil Local Rule 79-5 [OrthoClear Inc. Reply Memorandum] is GRANTED in part and DENIED in part:

1. The Clerk shall file under seal Exhibit 2 to the Declaration of Sandeep N. Solanki in Support of Defendant OrthoClear Inc.'s Reply Memorandum in Support of its Motion For Summary Judgment, dated August 4, 2006 (the "Solanki Reply Mem. Decl.") (excerpts of the Miller transcript).

2. The Clerk shall file under seal Exhibit 3 to the Solanki Reply Mem. Decl. (excerpts of the Ruutel transcript).

3. The Clerk shall file under seal Exhibit 4 to the Solanki Reply Mem. Decl. (excerpts of the Chishti transcript).

4. The Clerk shall file under seal Exhibit 5 to the Solanki Reply Mem. Decl. (excerpts of the Wolf transcript).

5. The Clerk shall file under seal Exhibit 6 to the Solanki Reply Mem. Decl. (excerpts of the Breeland transcript).

6. The Clerk shall file under seal Exhibit 9 to the Solanki Reply Mem. Decl. (document marked as Exhibit #103 to Chishti deposition).

7. The Clerk shall file under seal the Reply Memorandum in Support of Defendant OrthoClear, Inc.'s Motion For Summary Judgment, dated July 14, 2006.

8. With respect to Exhibit 1 to the Solanki Reply Mem. Decl. (excerpts of the Alvarez transcript), defendants' motion is denied for the reason plaintiff has withdrawn its designation of the matter as confidential.  See Kissman Decl., filed July 20, 2006 (Docket # 208). Accordingly, the Clerk shall file Exhibit 1 to the Solanki Reply Mem. Decl. in the public record.

**IT IS SO ORDERED.**

Dated: August 16, 2006

_____
Hon. Maxine Chesney
United States District Court Judge