UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., | No. C-05-2948 MMC (EMC) |
| Plaintiff, | |
| v. | **NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |
| ORTHOCLEAR, INC., *et al.*, | |
| Defendants. | |

You are hereby notified that a further settlement conference is scheduled for **September 14, 2006, at 9:30 a.m.**, Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Lead counsel who will try the case shall appear at the Settlement Conference with the parties and with the person or persons having full authority to negotiate and to settle the case.

All other provisions of this Court's original Notice of Settlement Conference and Settlement Conference Order shall remain in effect.

The parties shall notify Magistrate Judge Chen's secretary, Leni Doyle, **immediately** at (415) 522-4050 if this case settles prior to the date set for further settlement conference.

IT IS SO ORDERED.

Dated: August 28, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge