UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., | No. C-05-2948 MMC (EMC) |
| Plaintiff, | |
| v. | **SUPPLEMENTAL ORDER RE FURTHER SETTLEMENT CONFERENCE** |
| ORTHOCLEAR, INC., *et al.*, | |
| Defendants. _____/ | |

    The parties are ordered to exchanged de-dacted damages expert reports by Friday, September 1, 2006.  The CEO and CFO of each party is directed to read both reports and to discuss the risks of litigation with their litigation counsel.  The Court expects each party to take an informed, reasonable. and good faith position regarding settlement.  The Court will contact counsel on September 7, 2006 to discuss the further settlement conference.  Each party shall make its CFO and/or CEO available to personally attend the September 14, 2006 further settlement conference.

    IT IS SO ORDERED.

Dated: August 29, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge