1 | MARK E. MCKEEN (SB# 130950) markmckeen@paulhastings.com
2 | THOMAS A. COUNTS (SB# 148051) tomcounts@paulhastings.com
  | PETER C. MEIER (SB# 179019) petermeier@paulhastings.com
3 | RICHARD E. ELDER (SB# 205389) richardelder@paulhastings.com
  | T. LEE KISSMAN (SB #233434) leekissman@paulhastings.com
4 | PAUL, HASTINGS, JANOFSKY & WALKER LLP
  | 55 Second Street
  | Twenty-Fourth Floor
5 | San Francisco, CA  94105-3441
  | Telephone:  (415) 856-7000
6 | Facsimile:  (415) 856-7100

7 | Attorneys for Plaintiff
  | ALIGN TECHNOLOGY, INC.
8 |

9 | GEORGE A. RILEY (SB # 118304) griley@omm.com
  | DARIN W. SNYDER (SB # 136003) dsnyder@omm.com
  | ROBERT D. TRONNES (SB # 209835) rtronnes@omm.com
10 | O'MELVENY & MYERS LLP
   | Embarcadero Center West
11 | 275 Battery Street
   | San Francisco, CA  94111-3305
12 | Telephone:  (415) 984-8700
   | Facsimile:   (415) 984-8701
13 |
   | Attorneys for Defendants
14 | ORTHOCLEAR, INC. and
   | ORTHOCLEAR HOLDINGS, INC.
15 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., | CASE NO. CV-05-2948 MMC (JCS) |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL** |
| vs. | |
| ORTHOCLEAR, INC. and ORTHOCLEAR HOLDINGS, INC., | Judge:      Hon. Maxine M. Chesney |
| Defendants. | |

CASE NO. CV-05-2948 MMC (JCS)

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

WHEREAS, the parties have resolved any and all claims for relief stated in this action;

IT IS HEREBY STIPULATED by the parties and ORDERED by the Court that

1. This action is hereby dismissed with prejudice.

2. Each of the parties shall bear its own costs, expenses and attorney fees.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:   October 13, 2006          PAUL, HASTINGS, JANOFSKY & WALKER LLP

                                   By:      /s/
                                          THOMAS A. COUNTS

                                   Attorneys for Plaintiff Align Technology, Inc.

Dated:   October 13, 2006          O'MELVENY & MYERS LLP

                                   By:      /s/
                                          DARIN W. SNYDER

                                   Attorneys for Defendants OrthoClear, Inc. and
                                   OrthoClear Holdings, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: October 20, 2006

                                   _____
                                          Hon. Maxine M. Chesney
                                          U.S. District Court Magistrate Judge

LEGAL_US_W # 54570386.1

CASE NO. CV-05-2948 MMC (JCS)           -1-        STIPULATION AND [PROPOSED] ORDER
                                                              OF DISMISSAL